1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**NORTHERN DISTRICT OF CALIFORNIA**

11

**SAN FRANCISCO DIVISION**

12

| | |
|---|---|
| OMAR ATEBAR, on behalf of himself and all others similarly situated, | Case No. 14-cv-01139 NC |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| TEXTME INC., | Re: Dkt. No. 19 |
| Defendant. | |

13
14
15
16
17
18
19

The parties have filed a stipulation of voluntary dismissal pursuant to Federal Rule of

20

Civil Procedure 41(a)(1)(A)(ii).  Dkt. No. 19.  Within fourteen days of this order, the parties

21

must show cause why they are not obligated to seek Court approval of the settlement under

22

Federal Rule of Civil Procedure 23, considering that plaintiff filed a class action complaint

23

on behalf of himself and all others similarly situated.

24

IT IS SO ORDERED.

25

Date: July 30, 2014

26
27

_____
Nathanael M. Cousins
United States Magistrate Judge

28